1 Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
2 Bullivant Houser Bailey PC
601 California Street, Suite 1800
3 San Francisco, California 94108
Telephone: 415.352.2700
4 Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
5 E-Mail: susan.olson@bullivant.com

6 Attorneys for Plaintiffs
Laborers Trust Funds
7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 11 BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, ,<br><br>Plaintiffs,<br><br>v.<br><br>SHADE CONSTRUCTION & ENGINEERING, INC., a California corporation; and SCOTT MICHAEL SHADE, an individual,<br><br>Defendants. | Case No.: CV 09 0591 MMC<br><br>**STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:      May 22, 2009<br>Time:     10:30 a.m.<br>Ctroom:  7, 19th Floor<br>               Hon. Maxine M Chesney |

Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

On February 10, 2009 Plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, For Breach of Fiduciary Duty and For A Mandatory Injunction ("Complaint") seeking to recover outstanding trust fund contributions due on behalf of defendants' covered employees.

– 1 –
STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

1  Defendant Shade Construction & Engineering, Inc. was served on April 15, 2009.
2  Defendant Scott Michael Shade was served on April 9, 2009.  Responsive pleadings were due
3  on or before May 6, 2009.  No responsive pleading has been filed by either defendant. This is
4  the second lawsuit in a period of two years against these defendants, the first lawsuit proceeded
5  in default.  Plaintiffs believe that this second lawsuit, as well, will proceed in default.

6  On May 14, 2009 Plaintiffs filed their Request for Clerk's entry of Default.

7  Based on the above, Plaintiffs respectfully request that this Court continue the case
8  management conference for 90 days.  Within this 90-day period, should defendants fail to make
9  an appearance, Plaintiffs will proceed in default.

10 DATED:  May 15, 2009

BULLIVANT HOUSER BAILEY PC


By _____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs Laborers Trust Funds

## ~~CASE MANAGEMENT~~ ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for May 22, 2009 be continued to August 21, 2009 at 10:30 a.m., Courtroom 7, 19th Floor.  Plaintiffs shall file a motion for default judgment no later than June 26, 2009.

DATED:  May 18, 2009


By _____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

11595414.1

– 2 –
STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON