Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, ,<br><br>Plaintiffs,<br><br>vs.<br><br>SHADE CONSTRUCTION & ENGINEERING, INC., a California corporation; and SCOTT MICHAEL SHADE, an individual,<br><br>Defendants. | Case No.: CV 09 0591 MMC<br><br>**PLAINTIFFS' STATUS UPDATE ; ORDER EXTENDING DEADLINE FOR FILING OF MOTION FOR DEFAULT JUDGMENT** |

Plaintiffs Laborers Trust Funds provide the following status update for the Court.

On February 10, 2009 Plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, For Breach of Fiduciary Duty and For A Mandatory Injunction ("Complaint") seeking to recover outstanding trust fund contributions due on behalf of defendants' covered employees.

– 1 –
PLAINTIFFS' STATUS UPDATE

Defendant Shade Construction & Engineering, Inc. ("Shade Construction") was served on April 15, 2009. Defendant Scott Michael Shade was served on April 9, 2009. Responsive pleadings were due on or before May 6, 2009. No responsive pleading has been filed by either defendant. On May 15, 2009 the Clerk of Court entered the default of Defendants.

On Friday, June 19, 2009 a representative of Shade Construction called Ronald L. Richman, counsel for Plaintiffs, to discuss a potential settlement of this pending action. If this matter is not resolved informally between the parties by Monday, July 6, 2009, Plaintiffs will proceed in default by filing their motion for default judgment on or before Friday, July 10, 2009.

DATED: June 24, 2009

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs Laborers Trust Funds

11710855.1

ORDER

The deadline for plaintiffs' filing of a motion for default judgment is hereby extended to July 10, 2009.

IT IS SO ORDERED.

Dated: June 25, 2009

_____
Maxine M. Chesney
United States District Judge