Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.co

Attorneys for Plaintiffs Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, , <br><br> Plaintiffs, <br><br> vs. <br><br> SHADE CONSTRUCTION & ENGINEERING, INC., a California corporation; and SCOTT MICHAEL SHADE, an individual, <br><br> Defendants. | Case No.: CV 09 0591 MMC (JCS) <br><br> **STIPULATION TO APPEAR FOR ORDER OF EXAMINATION; ORDER THEREON** <br><br> Date: February 12, 2010 <br> Time: 9:30 a.m. <br> Ctroom: A, Hon. Joseph C. Spero |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs, on the one hand, and Defendants Shade Construction & Engineering, Inc. and Scott Michael Shade, on the other hand, as to the following:

- 1 -
STIPULATION TO APPEAR FOR ORDER OF EXAMINATION; ORDER THEREON

1  On August 19, 2009 Plaintiffs obtained a Judgment In a Civil Case against Shade
2  Construction & Engineering, Inc. and Scott Michael Shade, in the amount of $256,075.72.
3  On December 24, 2009 Shade Construction & Engineering, Inc. and Scott Michael
4  Shade were ordered to appear for examination. On January 12, 2010 Shade Construction &
5  Engineering, Inc. and Scott Michael Shade were personally served with the Order for
6  Examination. Shade Construction and Scott Michael Shade thereafter requested that the January
7  29, 2010 date be continued for approximately two weeks.
8  IT IS THEREFORE STIPULATED that Shade Construction & Engineering, Inc. and
9  Scott Michael Shade will appear for the Order of Examination (Debtor's Exam) on February 12,
10 2010 at 9:30 a.m., in the United States District Court, Northern District of California, 450
11 Golden Gate Avenue, Courtroom A, 15th Floor, before the Hon. Joseph C. Spero.
12 DATED: January 27, 2010

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs Laborers Trust Funds

DATED: January 27, 2010

SHADE CONSTRUCTION & ENGINEERING, INC.

By _____
Art Shade

Officer of Shade Construction & Engineering, inc.

DATED: January 27, 2010

By _____
Scott Michael Shade

-2-
STIPULATION TO APPEAR FOR ORDER OF EXAMINATION; ORDER THEREON

**ORDER**

Pursuant to Stipulation by the parties and good cause appearing:

IT IS HEREBY ORDERED that the Order of Examination set for January 29, 2010 be continued to February 12, 2010, at 9:30 a.m., in the United States District Court, Northern District of California, 450 Golden Gate Avenue, Courtroom A, 15th Floor.

IT IS FURTHER ORDERED that pursuant to the Stipulation, Shade Engineering & Construction, Inc. and Scott Michael Shade shall appear on February 12, 2010 for the Order of Examination.

DATED: January 29, 2010

By 
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

— 3 —

STIPULATION TO APPEAR FOR ORDER OF EXAMINATION; ORDER THEREON